```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    Case No.:
```

UNITED STATES OF AMERICA,

       Petitioner,

vs.

CARMEN S. ZAPPOLI,

       Respondent.
_____/

## PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney in and for the Southern District of Florida, avers to this Court as follows:

I

This proceeding for enforcement of an Internal Revenue Service summons is brought pursuant to Sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (26 U.S.C.). This Court has jurisdiction of this action pursuant to 26 U.S.C. Sections 7402(b) and 7604(a), and 28 U.S.C. Sections 1340 and 1345.

II

M. Lou Gillis, is a revenue officer employed in Small Business\Self-Employed Division, South Atlantic Area of the Internal Revenue Service in Plantation, Florida. The revenue officer is authorized to issue Internal Revenue Service summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

III

The Respondent, Carmen S. Zappoli, can be found at 9604 NW 35th Court, Coral Springs, Florida 33065-2804, which is within the jurisdiction of this Court.

IV

Revenue Officer M. Lou Gillis is conducting an investigation for the purpose of determining the current financial status of Carmen S. Zappoli, in connection with the collection of outstanding Federal income tax liabilities (Form 1040) of Joseph A. & Carmen S. Zappoli, Jr., for the taxable years ended December 31, 2005, December 31, 2006 and December 31, 2008, as is set forth in the declaration of Revenue Officer M. Lou Gillis attached hereto and incorporated herein by reference as Exhibit "A".

V

As part of the investigation on February 3, 2012, Revenue Officer M. Lou Gillis issued an Internal Revenue Service summons (Form 6637) to Carmen S. Zappoli directing her to appear before the Revenue Officer on February 28, 2012, to give testimony and

to produce for examination certain books, records, papers or other data, as described in said summons. On February 3, 2012, Revenue Officer M. Lou Gillis left an attested copy of the summons for Respondent at her last and usual place of abode. The summons is attached to the revenue officer's declaration as Exhibit A-1 and incorporated herein by this reference.

VI

On February 28, 2012, the Respondent did not appear.

On June 27, 2012, Counsel for the Internal Revenue Service sent a letter to the Respondent directing her to appear on July 24, 2012. On July 24, 2012, the Respondent did not appear and has not complied with the summons. The Respondent's refusal to fully comply with the summons continues through the date of compliance.

VII

Information, books, records, papers, and other data, which may be relevant and material to the investigation, are in the possession, custody or control of the Respondent.

VIII

The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

IX

It is necessary and relevant to obtain the testimony and to examine the books, records, papers, or other data sought by the summons for the purpose of determining the current financial status of Carmen S. Zappoli, in connection with the collection of outstanding Federal income tax liabilities (Form 1040) of Joseph A. & Carmen S. Zappoli, Jr., for the taxable years ended December 31, 2005, December 31, 2006 and December 31, 2008.

X

A Justice Department referral, as defined by Section 7602(d)(2) of the Internal Revenue Code of 1986 (26 U.S.C.), is not in effect with respect to Carmen S. Zappoli for the tax years under investigation.

XI

All administrative steps as required by the Internal Revenue Code for the issuance of the summons have been followed.

WHEREFORE, the Petitioner respectfully prays:

1. That this Court enter an order directing Respondent, Carmen S. Zappoli, to show cause, if any, why she should not comply with, and obey, the aforementioned summons in each and every requirement thereof; and

2. That the Court enter an order directing Respondent, Carmen S. Zappoli, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance,

testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer M. Lou Gillis or any other proper officer or employee of the Internal Revenue Service; and

    3. That this Court further order that Petitioner be given thirty days (30) from the date of the Order within which to serve respondent with the same; and

    4. That the United States recover its costs in maintaining this action; and

    5. That this Court grants such other and further relief as is just and proper.

                                  WIFREDO A. FERRER
                                  United States Attorney

                  By: *s/ Marilynn K. Lindsey*
                        Marilynn K. Lindsey
                        Assistant U.S. Attorney
                        Fla. Bar No. 230057
                        500 E. Broward Blvd., Ste.700
                        Fort Lauderdale, FL 33394
                        Marilynn.Lindsey@usdoj.gov